UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH SAMUEL LANGFORD,

   Plaintiff,

vs.

DAVID ROGER, *et al.*,

   Defendants.

Case No. 3:08-cv-0014-LRH-VPC

**ORDER**

  Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted "Plaintiff's Complaint to Request Charges of Kidnapping and Willfull [sic] Deprivation of a U.S. Citizen's U.S. Constitutional Rights Under Color of Law Pursuant to 18 U.S.C. § 242." (#1.) He did not pay the required filing fee of $350.00, nor did he submit an application to proceed *in Forma Pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. §1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

  IT IS THEREFORE ORDERED that the Clerk of the Court shall send Plaintiff a blank application form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions.

  IT IS FURTHER ORDERED that the action is **DISMISSED** without prejudice for Plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall enter judgment accordingly.

  DATED this 28th day of March, 2008.

                  _____
                  LARRY R. HICKS
                  UNITED STATES DISTRICT JUDGE