AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

JOSEPH SAMUEL LANGFORD,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:08-cv-00014-LRH-VPC**

DAVID ROGER, et al.,

      Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete Application to Proceed *in Forma Pauperis,* accompanied by a signed financial certificate and a statement of his inmate account.


  March 28, 2008                                                           **LANCE S. WILSON**
                                                                                                          Clerk

                                                                                                          /s/ Kalani Lizares
                                                                                                           Deputy Clerk